UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

LUIS JAIME,

                              Plaintiff,

             - against -

C.O. CANNON, ET AL.,

                            Defendants.

------------------------------------------------x

**ORDER TO PRODUCE**

20-CV-10098 (LJL)

Lewis J. Liman, United States District Judge:

      Upon the application of defendants for leave to take the deposition of plaintiff, **LUIS JAIME Booking and Case No. 3491806552**, an inmate currently in the custody of Rikers Island, North Infirmary Command Correctional Facility, and the Court having granted leave for the taking of plaintiff's deposition pursuant to FED. R. CIV. P. 30(a)(2)(B):

      **IT IS HEREBY ORDERED:** that the Warden or other official in charge of Rikers Island, North Infirmary Command Correctional Facility, located in East Elmhurst, New York, produce inmate Luis Jaime, Booking and Case No. 3491806552, at a location within the facility with video conference capabilities for the taking of his deposition on August 3, 2022, at 10:00 a.m., and for so long thereafter, as the deposition continues, and that plaintiff appear in such place as designated by the Warden or other official in charge of Rikers Island, North Infirmary Command Correctional Facility so that his deposition may be taken.

Dated: New York, New York
      July 29        , 2022

                                          _____
                                          HON. LEWIS J. LIMAN, U.S.D.J.