UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS JAIME,

                          Plaintiff,                                20-CV-10098 (LJL)(SN)

           -against-                                       **ORDER**

CORRECTION OFFICER CANNON et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On September 13, 2022, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. By September 20, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      September 14, 2022
                  New York, New York